FEB 2 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KENNETH WAYNE ANDREWS, | ) Case No. CV 07-7974-SJO (RNB) |
| Petitioner, | ) **J U D G M E N T** |
| vs. | ) |
| JOHN MARSHALL, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    2/16/08

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1